

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROJAI LAVAR FENTRESS,<br>    Plaintiff, | Civil Action No. 7:10-cv-00468 |
| v. | **ORDER** |
| GENE JOHNSON, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for preliminary injunctive relief (no. 5) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 2nd day of December, 2010.

                                                    Senior United States District Judge