CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKU

JAN 0 6 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ROJAI LAVAR FENTRESS,
    Plaintiff,

Civil Action No. 7:10-cv-00468

v.

ORDER

GENE JOHNSON, <u>et al.</u>,
    Defendants.

By:   Hon. Jackson L. Kiser
Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for failure to comply with the conditional

filing order and 28 U.S.C. § 1915(a)(2) and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

ENTER: This ___6th___ day of January, 2011.


Senior United States District Judge